IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:22-cv-001155-ADA-DTG |
| BAYLOR UNIVERSITY, | § § § | |
| Defendant. | § § § | |

NOTICE CONCERNING REFERENCE OF A CIVIL ACTION
TO A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 72 and the Local Rules of the United States District Court for the Western District of Texas, the following parties: Baylor University

through counsel: Julie A. Springer

☐ Consent to having a United States Magistrate Judge preside over the trial in this case.

☒ declines to consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By: */s/ Julie A. Springer*
    Julie A. Springer
    Texas Bar No. 18966770
    jspringer@wshllp.com
    Sara E. Janes
    Texas Bar No. 24056551
    sjanes@wshllp.com
    Colleen Murphey
    Texas Bar No. 24102258
    cmurphey@wshllp.com

**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

☐ U.S. Mail, First Class
☐ Certified Mail
☐ Facsimile
☐ Federal Express
☐ Hand Delivery
☒ ECF (electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants)

on this 2nd day of June, 2023, to wit:

| | |
|---|---|
| Andrew Miltenberg<br>Stuart Bernstein<br>Kristen Mohr<br>NESENOFF & MILTENBERG, LLP<br>363 Seventh Avenue, 5th Floor<br>New York, New York 10001<br>212.736.4500<br>212.736.2260 fax<br>amiltenberg@nmllplaw.com<br>sbernstein@nmllplaw.com<br>kmohr@nmllplaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** | Josh Borsellino<br>BORSELLINO, P.C.<br>1020 Macon Street, Suite 15<br>Fort Worth, Texas 76102<br>817.908.9861<br>817.394.2412 fax<br>josh@dfwcounsel.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

                                */s/ Julie A. Springer*
                                Julie A. Springer