UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOHN DOE § | |
| § | |
| vs. § | NO:  WA:22-CV-01155-ADA |
| § | |
| BAYLOR UNIVERSITY § | |

### ORDER SETTING STATUS CONFERENCE VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE VIA ZOOM on Monday August 21, 2023 at 03:15 PM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing may be accessed by the attorneys of record at the following link:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

SIGNED this 16th day of August, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE