UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>BAYLOR UNIVERSITY,<br><br>*Defendant.* | § § § § § § § § § § § | Civil Action No. 6:22-cv-1155<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER |

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER**

Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Andrew T. Miltenberg, Esq., and Memorandum of Law in Support of Motion, it is hereby

**ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym (ECF No. 2) is **GRANTED**, and it is

**FURTHER ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendant from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

Dated: August 28, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

1