IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JOHN DOE**<br>  *Plaintiff,*<br><br>v.<br><br>**BAYLOR UNIVERSITY**<br>  *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:22-CV-1155-ADA-DTG** |

## ORDER

Before the Court are the Motions to Withdraw of NESENOFF & MILTENBERG, LLP and BORSELLINO P.C. (ECF Nos. 29 and 31). It is hereby **ORDERED** that the Motions are **GRANTED**. The law firm of NESENOFF & MILTENBERG, LLP, Andrew Miltenberg, Esq., Stuart Bernstein, Esq., and Kristen Mohr, Esq., the law firm of BORSELLINO P.C., and attorney Josh Borsellino are permitted to withdraw as counsel of record and are hereby relieved of any further responsibility as attorneys of record for Plaintiff in this lawsuit.

**IT IS FURTHER ORDERED** that all unreached deadlines shall be stayed in this action until September 11, 2024.

**SIGNED** this 12th day of August, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE