**FILED**
September 11, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____lad_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**JOHN DOE,**

    **Plaintiff,**

v.                                            Case No. 6:22-cv-01155-ADA-DTG

**BAYLOR UNIVERSITY,**

    **Defendant.**

**MOTION FOR CONTINUANCE**

Now comes JOHN DOE

Plaintiff *pro se*, and requests the Court to:

    Grant a continuance concerning this case. In support of this motion, the plaintiff states as follows:

1.) Plaintiff is currently representing himself in this matter after the recent withdrawal of previous counsel

2.) Plaintiff is diligently seeking new legal representation but has not yet been able to secure counsel due to the complexity of the case and the time needed for thorough research and interviews with potential attorneys.

3.) In order to ensure that Plaintiff's rights are adequately protected and that the case proceeds efficiently, Plaintiff requests additional time to retain new counsel.

4.) Plaintiff submits that granting this continuance will allow for a fairer presentation of the case, benefiting all parties by enabling Plaintiff to prepare properly with the assistance of legal counsel.

5.) Plaintiff's former attorney has not yet transferred the complete case file, which is necessary for both Plaintiff and any potential new counsel to adequately prepare for the continuation of the case.

6.) This request is made in good faith and not for the purpose of delay, but to ensure that the case is litigated fairly and justly with adequate representation.

WHEREFORE, Plaintiff respectfully requests that this Court grant a continuance of 45 days to allow Plaintiff to secure legal representation and prepare for the continuation of this case.

Date: 9-11-24                                                                                       Signature *[signed]*

                                                                  Address:   20410 Verde Canyon Dr.
                                                                                      Katy, TX, 77450


                                                                  Phone:   (281)-761-5670