IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Case No. 6:22-cv-001155-ADA-DTG |
| | § | |
| **BAYLOR UNIVERSITY,** | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE ALBRIGHT:

Plaintiff John Doe wishes to dismiss all claims asserted against Defendant Baylor University in the above captioned matter with prejudice.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe and Defendant Baylor University hereby stipulate and agree to the dismissal with prejudice of this action, including all claims and causes of action asserted against Defendant Baylor University, with each party bearing its own costs, attorney's fees, and expenses.

Respectfully Submitted,

**WEISBART SPRINGER STORM HATCHITT, LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By: <u>*/s/ Jule A. Springer*</u>
    Julie A. Springer
    Texas Bar No. 18966770
    jspringer@weisbartspringer.com
    Sara E. Janes
    Texas Bar No. 24056551
    sjanes@weisbartspringer.com
    Colleen Murphey
    Texas Bar No. 24102258
    cmurphey@weisbartspringer.com

**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY**


By: <u>*/s/ John Doe*</u>
    John Doe
    See the Notice of Contact Information [Dkt. 37]

**PLAINTIFF PRO SE**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

- ☐ U.S. Mail, First Class
- ☐ Certified Mail
- ☐ Facsimile
- ☐ Federal Express
- ☐ Hand Delivery
- ☒ Email per the Sealed Notice of Contact Information [Dkt. 37]
- ☐ ECF (electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants)

on this 6th day of February 2025, to wit:

John Doe
Via Email per the Sealed
Notice of Contact Information [Dkt. 37]

                                                          */s/ Julie A. Springer*
                                                          Julie A. Springer